Argued December 1, affirmed December 1, 1971, petition
for rehearing denied January 4, petition for review
denied February 23, 1972

STATE OF OREGON, *Respondent, v.* DOUGLAS
ARTHUR DAVENPORT (No. 74251),
*Appellant.*

490 P2d 1286

*Howard R. Lonergan,* Portland, argued the cause and filed the brief for appellant.

*Walter L. Barrie,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.